■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS GALLO, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J., at sentence; Brenda Soloff, J., at plea under indictment No. 1173/84; Carol Berkman, J., at plea under indictment No. 6991/84), rendered on November 26, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Carro, Asch and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO MATEO, Appellant.—Determination of appeal from a judgment of the Supreme Court, New York County (Jerome Hornblass, J.), rendered on May 17, 1983, unanimously held in abeyance. Application by appellant's counsel to wihdraw as counsel is granted, and alternate counsel assigned as indicated. No opinion. Concur—Murphy, P. J., Kupferman, Milonas, Kassal and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIBEL LOPEZ, Appellant.—Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on August 22, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Milonas, Kassal and Wallach, JJ.